## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

UNITED STATES OF AMERICA,              )
                                       )
         Plaintiff,                    )
                                       )
v.                                     )    No. 3:19-CR- 144
                                       )    JUDGES Reeves / Guyton
PRESTON ANDREW WATSON,                 )
                                       )
         Defendant.                    )

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (PRODUCTION OF CHILD PORNOGRAPHY)

From on or about April 2016 through June 2016, within the Eastern District of

Tennessee, defendant PRESTON ANDREW WATSON did knowingly employ, use, persuade,

induce, entice, and coerce a minor, A.N., to engage in sexually explicit conduct for the purpose

of producing a visual depiction of such conduct produced by the defendant using materials that

have been mailed, shipped and transported in and affecting interstate and foreign commerce by

any means including by computer, in violation of Title 18, United States Code, Sections 2251(a)

and (e).

### COUNT 2
### (RECEIPT OF CHILD PORNOGRAPHY)

The Grand Jury further charges that, from on or about April 2016 through June 2016, in

the Eastern District of Tennessee, the defendant, PRESTON ANDREW WATSON, did

knowingly receive child pornography, as defined in Title 18, U.S.C. § 2256(8)(B) that had been

shipped or transported in or affecting interstate or foreign commerce by any means including by

computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 3
## (DISTRIBUTION OF CHILD PORNOGRAPHY)

The Grand Jury further charges that, on or about June 24, 2016, in the Eastern District of Tennessee, the defendant, PRESTON ANDREW WATSON, did knowingly distribute child pornography, as defined in Title 18, U.S.C. § 2256(8)(B) that had been shipped or transported in or affecting interstate or foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 4
## (POSSESSION OF CHILD PORNOGRAPHY)

The Grand Jury further charges that on or about June 24, 2016, within the Eastern District of Tennessee, defendant PRESTON ANDREW WATSON, did knowingly possess material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 5
## (INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT)

The Grand Jury further charges that on or about June 22, 2016, within the Eastern District of Tennessee, defendant PRESTON ANDREW WATSON, knowingly transmitted in interstate commerce from the state of Tennessee a series of communications to A.N., a minor female living the state of Virginia, containing threats to injure the reputation of A.N. The defendant transmitted these communications with the intent to extort from A.N. things of value, namely images of A.N. naked and engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 875(d).

2

## COUNT 6
## (ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY)

From on or about December 2017 through May 2019, within the Eastern District of Tennessee, defendant PRESTON ANDREW WATSON did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, O.M., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct produced by the defendant using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

## COUNT 7
## (INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT)

The Grand Jury further charges that on or about May 19, 2019, within the Eastern District of Tennessee, defendant PRESTON ANDREW WATSON, knowingly transmitted in interstate commerce from the state of Tennessee a series of communications to O.M., a minor female living the state of North Carolina, containing threats to injure the reputation of O.M. The defendant transmitted these communications with the intent to extort from O.M. things of value, namely images of O.M. naked and engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 875(d).

## FORFEITURE ALLEGATIONS

1.     The allegations contained in Counts 1 through 7 of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253 and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

3

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 and/or 2252A, the defendant, PRESTON ANDREW WATSON, shall forfeit to the United States of America his interests in the following:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. This property to be forfeited includes, but is not limited to, the following property seized from defendant PRESTON ANDREW WATSON, on or about August 22, 2019:

   a. Silver iPad - SN# GB107F18X238;

   b. Dell Inspiron desktop - SN# 526YVH1;

   c. Dell Inspiron desktop - SN# 84BWLN1;

   d. Silver/white iPad - SN# DYTJVWK5DKPH;

   e. 28 - Various CD's and Floppy 3.5;

   f. Toshiba 1TB Hard Drive - SN# 27BYHVKNSHJD;

   g. Western Digital 30GB Hard Drive - SN# WMAD17098511;

   h. Toshiba 750GB Hard Drive - SN# - 12LPC4QOT;

4

i.   Western Digital 500GB Hard Drive - SN# - WXG0A5979457;

j.   LG/Verizon Cell Phone SN# Unknown;

k.   Silver/Black iPod w "Millie Rose Hill" etching – SN# unknown;

l.   Black Samsung Cell Phone -SN# A00000454118ED;

m.  Black Motorola Cell Phone - SN DC20180327;

n.   Black LG Cell Phone - SN 609CQHE0083705;

o.   Black Trac Cell Phone - SN 014913004031868;

p.   Black ZTE Cell Phone w cracked screen - SN# unknown;

q.   Black Galaxy 5 Cell Phone w cracked screen - SN# unknown;

r.   Silver/Black HTC Cell Phone - SN# FA449WM03073;

s.   Silver/Black HTC CE2200 Cell Phone - SN# unknown;

t.   Dark/Silver/Black LG Cell Phone - SN# unknown;

u.   Silver/White iPhone Cell Phone - SN# unknown;

v.   Black Toshiba Satellite P755 Laptop - SN# 2C350523K;

w.  Black/Silver Dell XPS Laptop - SN# 251CBK1;

x.   Black/Silver ASUS Laptop - SN# EBN0BC01376145C;

y.   Sandisk 64GB Jump Drive - SN# SDC236064G; and

z.   Black Desktop Tower w Kingston 240GB SSD Drive - SN# 1842FD49070302630.

4.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 875, the defendant, PRESTON ANDREW WATSON, shall forfeit to the United States of America his interests in any property, real or personal which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 875.

5

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

Jennifer Kolman
Assistant United States Attorney

6