UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-144 |
| | ) | REEVES/GUYTON |
| PRESTON WATSON | ) | |
| | ) | |

## MEMORANDUM AND ORDER

Defendant has moved to continue trial in this case. [D. 18]. The government does not oppose the motion. [*Id.* at ¶ 4]. In support of the motion, Defendant states that granting the continuance will allow counsel to complete his investigation into the facts of the case and advise the Defendant of the best possible resolution of the case. [*Id.* at ¶ 1]. Likewise, a continuance will provide the parties an opportunity to make a full resolution of the case. [*Id.* at ¶ 2]. Defendant understands his speedy trial rights, and that the time period between filing this motion and the rescheduled court date is fully excludable for speedy trial purposes. [*Id.*, ¶ 3].

In light of Defendant's need for additional time to investigate the case and continue discussions with the government, the motion to continue [D. 18] is **GRANTED**, and the trial of this matter is **RESCHEDULED** for **APRIL 7, 2020**. The court finds the ends of justice served by continuing the trial outweigh the interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court also finds that continuing the trial is necessary in order to permit counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The court finds that requiring the parties to proceed to trial today as scheduled would deprive counsel of the reasonable time necessary to prepare effectively for trial, taking into account the exercise of due diligence. *Id.* The period of time between the defendant's motion for a continuance and the trial of this case shall be fully excludable for Speedy Trial purposes. 18 U.S.C. § 3161(h)(7)(A)–(B).

1

All motions in limine must be filed no later than fifteen (15) days before trial.  Special requests for jury instructions shall be submitted to the court no later than ten (10) days before trial and shall be supported by citations of authority pursuant to Local Rule 7.4.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**