# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | NO. 3:19-CR-144 |
| | ) | |
| **PRESTON ANDREW WATSON** | ) | |
| | ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty pleas to Count One and Count Three of the Indictment; (3) accept Defendant's pleas of guilty to Count One of the Indictment, that is, production of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), and Count Three of the Indictment, that is, distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2); (4) adjudicate Defendant guilty of the charges set forth in Count One and Count Three of the Indictment; and (5) find that Defendant shall remain in custody until sentencing in this matter [D. 24]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 118] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(2) Defendant's motion to withdraw his not guilty pleas to Counts One and Three of the Indictment is **GRANTED**;

(3) Defendant's pleas of guilty to Count One of the Indictment, that is, production of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), and Count Three of the Indictment, that is, distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), are **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Three of the Indictment;

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **November 9, 2020 at 2:00 p.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

1