# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

|  |  |
|--|--|
| IN RE: CASE REASSIGNMENTS | ) ) ) ) ) ) ) ) ) |

# ORDER

Pursuant to 28 U.S.C. § 137, the following defendants are hereby **REASSIGNED** to the Honorable Katherine A. Crytzer, United States District Judge:

| Case No. | Case Name |
|---|---|
| 3:18-cr-25 | United States v. Scott Elliot Wardley |
| 3:18-cr-25 | United States v. Ricky Davis |
| 3:18-cr-147<br>3:18-cr-158<br>3:20-cr-38 | United States v. Guy R Jenkins III |
| 3:18-cr-157 | United States v. David Wells |
| 3:18-cr-157 | United States v. Jorge Rosco Clement III |
| 3:18-cr-157 | United States v. Joseph Stanton |
| 3:18-cr-158 | United States v. Kevin Jones |
| 3:18-cr-158 | United States v. Mary Parham |
| 3:18-cr-158 | United States v. Antonio Williams |
| 3:18-cr-158 | United States v. Katrina Eckhardt |
| 3:18-cr-158 | United States v. Wendy Hall |
| 3:18-cr-158 | United States v. Corey Brown |
| 3:18-cr-158 | United States v. Antoine Boyce |
| 3:18-cr-158 | United States v. Kanesha Wade |
| 3:18-cr-158 | United States v. Anthony Stokes |
| 3:18-cr-158 | United States v. Antoine Holloway |
| 3:18-cr-158 | United States v. Heather Marie Cail |

| | |
|---|---|
| 3:18-cr-158 | United States v. Keanna Moorehead |
| 3:18-cr-158 | United States v. Marilyn Stubblefield |
| 3:18-cr-158 | United States v. James Wesley Williams |
| 3:18-cr-158 | United States v. Hailey Spires |
| 3:18-cr-182 | United States v. Frank Melvin Che-Adkins |
| 3:18-cr-182 | United States v. Demetrius Loyd |
| 3:18-cr-190 | United States v. Hugh Leroy Murphy |
| 3:18-cr-198 | United States v. D'Marko King |
| 3:19-cr-15 | United States v. Derrick Redwine |
| 3:19-cr-15 | United States v. Rashaud L. Coleman |
| 3:19-cr-15 | United States v. Diallo S Peacock |
| 3:19-cr-15 | United States v. Kewan Conklin-Bradley |
| 3:19-cr-15 | United States v. Demarius J Brown |
| 3:19-cr-15 | United States v. Gary W. Hubbs |
| 3:19-cr-15 | United States v. Sharon A. Hubbs |
| 3:19-cr-20 | United States v. Todji Kijuan Martin |
| 3:19-cr-37 | United States v. Sharisa W McClain |
| 3:19-cr-40 | United States v. Stacey Edward Williams |
| 3:19-cr-40 | United States v. Joshua Michael Catlett |
| 3:19-cr-54 | United States v. Daniel Close |
| 3:19-cr-64 | United States v. Dominique McKenzie |
| 3:19-cr-75 | United States v. Shawn Barahan Fitts |
| 3:19-cr-75 | United States v. Brandon Claron Thomas |
| 3:19-cr-75 | United States v. Jason Eric Stansberry |
| 3:19-cr-75 | United States v. Christopher Michael Wyrick |
| 3:19-cr-75 | United States v. Rockele Bryant |
| 3:19-cr-75 | United States v. Alonzo Butler |
| 3:19-cr-75 | United States v. Billy Davis |
| 3:19-cr-75 | United States v. Michael Hines |
| 3:19-cr-75 | United States v. Jamicah Jackson |
| 3:19-cr-75 | United States v. Richard Jentzch |
| 3:19-cr-75 | United States v. Curtis Morrow |
| 3:19-cr-75 | United States v. Tron Rodgers |
| 3:19-cr-75 | United States v. Johnny Tackett |
| 3:19-cr-75 | United States v. Deandre Watson |
| 3:19-cr-76 | United States v. Rogelio Barajas, Jr. |
| 3:19-cr-76 | United States v. Marisol Perez-Hernandez |
| 3:19-cr-76 | United States v. Salome Perez-Guzman |
| 3:19-cr-76 | United States v. Lamar Arthor Stephensen |

| | |
|---|---|
| 3:19-cr-92 | United States v. Evan M. Adkins |
| 3:19-cr-116 | United States v. Jeffrey Patrick Turner |
| 3:19-cr-116 | United States v. Emmanuel Rawshean Vaught |
| 3:19-cr-126 | United States v. Chad M Rutherford |
| 3:19-cr-129 | United States v. Shawn Harrison Cox |
| 3:19-cr-135 | United States v. Anthony Taylor |
| 3:19-cr-136 | United States v. Amber Lynn Tull |
| 3:19-cr-136 | United States v. Angela Marie Sides |
| 3:19-cr-139 | United States v. Lawrence Murray |
| 3:19-cr-144 | United States v. Preston Andrew Watson |
| 3:19-cr-182 | United States v. Kevin L Catlett |
| 3:19-cr-186 | United States v. Seth Taylor Wilson |
| 3:19-cr-193 | United States v. Dallas Byrge |
| 3:19-cr-193 | United States v. Christopher Thompson |
| 3:19-cr-193 | United States v. Jarvis Thompson |
| 3:19-cr-211 | United States v. Gary Thomas Hill |
| 3:20-cr-2 | United States v. Timothy A Jennings |
| 3:20-cr-11 | United States v. Randall Dale Brown |
| 3:20-cr-16 | United States v. Amber Lynn Smotherman |
| 3:20-cr-19 | United States v. Travis K Garland |
| 3:20-cr-20 | United States v. Nathaniel T. Taylor |
| 3:20-cr-23 | United States v. Faythe Elaine Head |
| 3:20-cr-24 | United States v. Bobby Baucum |
| 3:20-cr-24 | United States v. Brian Moss |
| 3:20-cr-24 | United States v. Billy Haun |
| 3:20-cr-24 | United States v. Justin Massengill |
| 3:20-cr-24 | United States v. Helena Neeley |
| 3:20-cr-24 | United States v. Lisa Bullock |
| 3:20-cr-24 | United States v. Crista Day |
| 3:20-cr-26 | United States v. Bradley Todd Dixon |
| 3:20-cr-28 | United States v. Maria Alejandra Magana-Madrigal |
| 3:20-cr-28 | United States v. Jose Cruz Landeroz-Tovar |
| 3:20-cr-28 | United States v. Mariono Gonzales |
| 3:20-cr-28 | United States v. Luis Alberto Cruz |
| 3:20-cr-28 | United States v. Adolfo Dominguez |
| 3:20-cr-28 | United States v. Luis Fernando Pena-Fierro |
| 3:20-cr-30 | United States v. Shawn Christopher Wright |
| 3:20-cr-31 | United States v. Robert Z. Whipple, III |
| 3:20-cr-36 | United States v. Breanna M Heatherly |

| | |
|---|---|
| 3:20-cr-40 | United States v. Karen Michelle McCampbell |
| 3:20-cr-43 | United States v. Breanna Garth |
| 3:20-cr-43 | United States v. Anthony D. Brown |
| 3:20-cr-43 | United States v. Donavon M. Ruffin |
| 3:20-cr-44 | United States v. Shawn Greiner |
| 3:20-cr-45 | United States v. Aungsun Naywin |
| 3:20-cr-47 | United States v. Timothy Wyatt Smith |
| 3:20-cr-48 | United States v. Randolph Alexander Fitzgerald |
| 3:20-cr-53 | United States v. Earl Pratt |
| 3:20-cr-55 | United States v. Dominic Brown |
| 3:20-cr-56 | United States v. Gai Tut Tel |
| 3:20-cr-57 | United States v. Shana Coffey |
| 3:20-cr-58 | United States v. Everett Eugene Miller |
| 3:20-cr-61 | United States v. Carlos Humberto Paredes |
| 3:20-cr-62 | United States v. Timothy Davis |
| 3:20-cr-63 | United States v. Timothy Chad Canady |
| 3:20-cr-64 | United States v. Paul Alan Fitzanko |
| 3:20-cr-65 | United States v. Gary D. Littlejohn |
| 3:20-cr-67 | United States v. Desteryn Arnold |
| 3:20-cr-68 | United States v. Jeromon Lawery |
| 3:20-cr-70 | United States v. Gregory White |
| 3:20-cr-71 | United States v. Matthew G Dixon |
| 3:20-cr-72 | United States v. Jimmy Lee Jenkins |
| 3:20-cr-74 | United States v. Jimmy W Joiner |
| 3:20-cr-75 | United States v. Jerry S Hayes |
| 3:20-cr-76 | United States v. Joseph Fisher |
| 3:20-cr-77 | United States v. Robert T. Tallent |
| 3:20-cr-80 | United States v. Deontay R. Eiland |
| 3:20-cr-82 | United States v. Johnathan Tyler Cooper |
| 3:20-cr-86 | United States v. Alex Louis Graves |
| 3:20-cr-87 | United States v. Jelonn Marquise Tate |
| 3:20-cr-87 | United States v. Derrick Kellen Mitchell |
| 3:20-cr-87 | United States v. Eugene James Mitchell, III |
| 3:20-cr-87 | United States v. John Belton Mitchell |
| 3:20-cr-87 | United States v. Randall Scott Smith |
| 3:20-cr-87 | United States v. Tawana Cortez |
| 3:20-cr-87 | United States v. Dillon Dewayne Beeler |
| 3:20-cr-87 | United States v. Angeline Marie Gideon |
| 3:20-cr-87 | United States v. Laura Aleshia James |

| 3:20-cr-87 | United States v. Stephanie Rose Adair |
|---|---|
| 3:20-cr-87 | United States v. Dustin Wren Wyrick |
| 3:20-cr-89 | United States v. Danny Sean Adams |
| 3:20-cr-91 | United States v. Joshua R. Hutchins |
| 3:20-cr-92 | United States v. Anthony Lemay |
| 3:20-cr-95 | United States v. Sandra M. Sutton |
| 3:20-cr-96 | United States v. Alexander O'Quinn |
| 3:20-cr-97 | United States v. William Curtis Lee |
| 3:20-cr-97 | United States v. William Holley, Jr. |
| 3:20-cr-97 | United States v. Robert E. Beeler |
| 3:20-cr-97 | United States v. James Canty, III |
| 3:20-cr-97 | United States v. Jason T. Nichols |
| 3:20-cr-97 | United States v. Toccara L. Porter |
| 3:20-cr-98 | United States v. Nathan M. Crowe |
| 3:20-cr-98 | United States v. Rachel Crowe |
| 3:20-cr-100 | United States v. Eric Joseph Neal |
| 3:20-cr-100 | United States v. Kristie Lea Webb |
| 3:20-cr-101 | United States v. Maurice Barry Sullivan |
| 3:20-cr-102 | United States v. Dennis Allen Studer |
| 3:20-cr-103 | United States v. Matthew Paul Bajaj |
| 3:20-cr-105 | United States v. Warren Calvin Lavender |
| 3:20-cr-107 | United States v. Jonathan Deshawn Jones |
| 3:20-cr-107 | United States v. Jerry Cody Lawson |
| 3:20-cr-107 | United States v. Cayla Shaejane Hopkins |
| 3:20-cr-107 | United States v. James Edward Hopkins |
| 3:20-cr-107 | United States v. Shaniqa Flack |
| 3:20-cr-113 | United States v. Michael Arias |

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**