UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:19-CR-144 |
| v. ) | JUDGE CRYTZER |
| ) | |
| PRESTON ANDREW WATSON, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION REGARDING RESTITUTION

The United States of America, by the United States Attorney for the Eastern District of Tennessee, the defendant, PRESTON ANDREW WATSON, and the defendant's attorney, Benjamin Gerald Sharp, stipulate and agree as follows:

As part of the sentence imposed in this case the Court shall order that the defendant pay restitution to the victim, "BluePillow1, in the amount of three thousand dollars ($3,000.00).

The victims' representatives and the parties have agreed that the above-referenced restitution amount is consistent with *Paroline v. United States*, 134 S. Ct. 1710 (2014). Further, this stipulation satisfies the mandatory restitution requirement for individual victims as stated in 18 U.S.C. § 2259 who have specifically requested restitution.

Both parties agree this stipulation does not preclude the Court from ordering other assessments, fines and forfeiture as laid out in the plea agreement.

|  |  |
|---|---|
| 5/28/2021 <br> Date | FRANCIS M. HAMILTON III <br> ACTING UNITED STATES ATTORNEY <br><br> By: *[signature]* <br> Jennifer Kolman <br> Assistant United States Attorney |
| 5/28/2021 <br> Date | *[signature]* <br> Benjamin Gerald Sharp <br> Attorney for the Defendant |
| 5/28/2021 <br> Date | *[signature]* <br> Preston Andrew Watson <br> Defendant |